IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VALERIE JOYCE GARRY

                                                      PLAINTIFFS

VS.                                     CIVIL ACTION NO. 1:07cv225-LTS-RHW

ALLSTATE PROPERTY AND CASUALTY INSURANCE
COMPANY, ALLSTATE INSURANCE COMPANY,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
AND JOHN DOES 1 THROUGH 10                           DEFENDANTS

## **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause came before the Court at the joint request of the Plaintiffs, Valerie Joyce Garry, and the Defendants, Allstate Property and Casualty Insurance Company, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company, for a judgment dismissing any and all of the Plaintiffs' claims whatsoever against the Defendants, Allstate Property and Casualty Insurance Company, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company.  The Court has been informed that any and all of the claims of the Plaintiffs, Valerie Joyce Garry, against the Defendants, Allstate Property and Casualty Insurance Company, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company have been fully compromised and settled.

All parties have consented to the entry of this Judgment and, as evidenced by the signatures below of the parties' respective counsel of record, agree that any and all of the claims of the Plaintiffs, Valerie Joyce Garry, against the Defendants, Allstate Property and Casualty Insurance Company, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company should be dismissed with prejudice. Therefore, the Court finds that any and all of the claims of the Plaintiffs, Valerie Joyce Garry, against the Defendants, Allstate Property and Casualty Insurance Company, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all of the claims of the Plaintiffs, Valerie Joyce Garry, against the Defendants, Allstate Property and Casualty Insurance Company, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company should be and are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 18th day of September, 2007.

            s/ <u>L. T. Senter, Jr.</u>
            L. T. SENTER, JR.
            SENIOR JUDGE

AGREED AND CONSENTED TO:


S/Marshall Smith
DAVID ZACHARY SCRUGGS, ESQUIRE (MSB # 100011)
SIDNEY A. BACKSTROM, ESQUIRE (MSB #99890)
MARSHALL SMITH, ESQUIRE (MSB #99239)
ATTORNEY FOR PLAINTIFFS, VALERIE JOYCE GARRY


S/William C. Griffin
WILLIAM C. GRIFFIN, ESQ. (MSB #5021)
ATTORNEY FOR DEFENDANTS